IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

NICHOLAS A. WALKER,

    Defendant.                                    Case No. 07-cr-40032-7-DRH

### ORDER

**HERNDON, District Judge:**

On September 13, 2007, the Court conducted a hearing on defendant Walker's Motion for Medical Treatment (Doc. 112). During the hearing, Defendant's counsel explained that Defendant had underwent brain surgery prior to being arrested and detained and thus, due to Defendant's current mental state, believed follow up medical treatment necessary. The Government did not disagree that Defendant likely needed medical treatment, but also did not believe he was unfit to stand trial. Ultimately, the parties reached a consensus that the best remedy at the time was to arrange for Defendant to undergo a psychiatric examination, a part of which would include a neurological evaluation to determine if follow up medical treatment is required. Thus, the Court hereby **ORDERS** as follows:

A psychiatric examination of defendant Nicolas A. Walker shall be conducted by a licensed or certified psychiatrist at an institution to be designated by the Attorney General. **The examination shall be completed within 45 days unless an extension of this time is granted by the Court.** A psychiatric report shall be

filed with this Court in accordance with Title 18 U.S.C. § 4247(c), with copies to counsel, which shall include:

1. The Defendant's history and present symptoms.

2. A description of the psychiatric and medical tests that were employed and their results.

3. The examiner's findings as to whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

4. The examiner should be aware of and consider the Defendant's prior head trauma and treatment at Barnes Hospital in St. Louis, as well as a possible prior treatment for bi-polar disorder.

The United States Marshal shall transport the Defendant to the institution designated by the Attorney General and upon completion of the examination, return him to the Court for a hearing in accordance with the provisions of Title 18 U.S.C. § 4241(a) and (c) and 4247(d).

The 45 days allowed for the examination under this Order shall begin on the day the Defendant is first physically present at an institution designated by the Attorney General.

**IT IS SO ORDERED.**

Signed this 13th day of September, 2007.

/s/      DavidRHerndon
**United States District Judge**