IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

NICHOLAS A. WALKER,

    Defendant.                                      Case No. 07-cr-40032-7-DRH

**ORDER**

**HERNDON, District Judge:**

On September 13, 2007, the Court issued an Order for a psychiatrict examination of defendant Nicholas Walker (Doc. 115).  This Order is to supplement and clarify the Court's September 13, 2007 Order (Doc. 115), to state that this psychiatric examination of defendant Walker may be conducted by a forensic psychologist, utilized by the Federal Bureau of Prisons.

**IT IS SO ORDERED.**

Signed this 27th day of September, 2007.

                                        /s/     DavidRHerndon
                                        **United States District Judge**